

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00059-CV

———————————————

JASHON PAGE AND MICHEAL PAGE, Appellants

V.

CERBERUS SFR HOLDINGS, L.P., Appellee

---

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2018-008835-1

---

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

In this forcible detainer case, appellants Jashon Page and Micheal Page filed their notice of appeal on February 22, 2019. After this court learned that the constable had executed the writ of possession on March 11, 2019, and turned possession of the premises at issue in this case over to appellee, we informed the Pages that this court was concerned that this appeal was now moot and that we lacked jurisdiction over the appeal. *See Daftary v. Prestonwood Mkt. Square, Ltd.*, 399 S.W.3d 708, 711 (Tex. App.—Dallas 2013, pet. denied) (holding that a forcible detainer case becomes moot upon appellant's loss of property unless appellant holds and asserts a meritorious claim of right to current, actual possession); *see also Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006) (reasoning that when a case becomes moot on appeal, a reviewing court must dismiss the appeal).

We further informed the Pages that unless they or any party desiring to continue the appeal filed with this court on or before July 29, 2019, a response showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f), 44.3. No response was filed. According, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), (c), 43.2(f).

Dana Womack
Justice

Delivered: August 29, 2019

2